Entered on Docket
April 27, 2015

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC,<br><br>　　　　　Debtor.<br><br>_____<br><br>WILLIAM A. LEONARD, JR., in his capacity as Chapter 7 Trustee; COMMERCIAL MORTGAGE MANAGERS, INC.<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>M. DONALD GRANATSTEIN, also known as MARTIN DONALD GRANATSTEIN, also known as DONALD MARTIN GRANATSTEIN; GERALD E. CADESKY<br><br>　　　　　Defendants. | CASE NO. BK-S-09-32824-RCJ (Lead Case)<br>Chapter 7<br><br>Jointly Administered with Case Nos.:<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ<br><br>ADVERSARY CASE NO. 14-01138<br><br>**JUDGMENT BY THE COURT WITHOUT A JURY**<br><br>Judge: Hon. Robert C. Jones |

The Court having reviewed the Stipulation for Entry of Judgment executed by and between William A. Leonard, Jr., in his capacity as Chapter 7 Trustee, and Commercial Mortgage Managers, Inc., Plaintiffs, and M. Donald Granatstein, also known as Martin Donald Granatstein, also known as Donald Martin Granatstein, defendant, and good cause appearing,

- 1 -

369387-v22

JUDGMENT BY THE COURT WITHOUT A JURTY

      THE COURT HEREBY FINDS that there is no just reason for delay of entry of judgment, in that defendant M. Donald Granatstein, also known as Martin Donald Granatstein, also known as Donald Martin Granatstein is fully liable for the amount sought and such liability is uncontested, the Court determines to enter a separate judgment pursuant to Federal Rule of Bankruptcy Procedure 7054(b).

      WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs William A. Leonard, Jr., in his capacity as Chapter 7 Trustee, and Commercial Mortgage Managers, Inc., shall have and recover from defendant M. Donald Granatstein, also known as Martin Donald Granatstein, also known as Donald Martin Granatstein, the sum of $11.031,426.41.

Dated April 27, 2015.

_____
Clerk of Court

- 2 -

369387-v22

JUDGMENT BY THE COURT WITHOUT A JURTY