B2610B (Form 2610B) (12/15)

# United States Bankruptcy Court

District Of __Nevada__

Entered on Docket
January 05, 2016

In re __Asset Resolution, LLC__,
               Debtor

Case No. __09-32824__

__William A. Leonard, Jr., in his capacity as Chapter 7 Trustee; Commercial Mortgage Managers, Inc.__,
               Plaintiff

Chapter __7__

__Gerald E. Cadesky__,
               Defendant

Adv. Proc. No. __14-01138__

## JUDGMENT BY DEFAULT

Default was entered against defendant __Gerald E. Cadesky__
                                                              (name)
on __July 17, 2015__. Therefore, on motion of the plaintiffs judgment is entered against that
     (date)
defendant in favor of the plaintiff as follows.

### IT IS ORDERED THAT:

Plaintiffs William A. Leonard, Jr., in his capacity as Chapter 7 Trustee; and Commercial Mortgage Managers, Inc. shall have and recover judgment against defendant Gerald E. Cadesky in the sum of $35,654,742.30.

January 5, 2016

_____
Bankruptcy Judge